**FAIN v. STATE RESIDENCE COMMITTEE OF UNC**

[342 N.C. 402 (1995)]

HEATHER M. FAIN, Petitioner v. STATE RESIDENCE COMMITTEE OF THE
UNIVERSITY OF NORTH CAROLINA, Respondent

No. 71PA95

(Filed 8 December 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 117 N.C. App. 541, 451 S.E.2d 663 (1995), vacating an order entered 8 July 1993 by Cashwell, J., in Superior Court, Wake County. Heard in the Supreme Court 13 November 1995.

*Bailey & Dixon, L.L.P., by J. Ruffin Bailey, David M. Britt, and Alan J. Miles, for petitioner-appellee.*

*Michael F. Easley, Attorney General, by Thomas O. Lawton III, Assistant Attorney General, for respondent-appellant.*

PER CURIAM.

AFFIRMED.